UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
**SEP 1 7 2018**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Kerrith Duvall,[1]  )
  )
Plaintiff,  )
  )
v.  ) Civil Action No. 18-736 (UNA)
  )
United States of America *et al.*,  )
  )
Defendants.  )

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff Kerrith Duvall's motion for leave to proceed *in forma pauperis* and *pro se* complaint. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate

---

[1] The complaint was initially submitted by four Oklahoma state prisoners, including Duvall who shall remain as the sole plaintiff. Two plaintiffs, Dennis Martin and Detrick Green, are hereby dismissed from this action for failure to comply with the court's order and the filing fee requirements of the Prison Litigation Reform Act ("PLRA"). *See* April 24, 2018 Order [Dkt. 4]. The fourth plaintiff, Robert Cotner, is hereby dismissed because he is barred under the PLRA's three-strike provision from proceeding *in forma pauperis* and has not tendered the full filing fee. *See id.* and May 30, 2018 Order [Dkt. # 9].

1

defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

This action against the United States and the State of Oklahoma is captioned: "Multiple-Jurisdictional Civil Action For Enforcement of Rights; Declaratory and Injunctive Relief; for Violations of United Nations Resolutions, International Law, Human Rights, and Refusal to Protect Federal Rights" [Dkt. # 1]. The complaint, such as it is, consists of random statements and an inexplicable list of federal statutes. Because the complaint sorely fails to provide notice of a claim, it will be dismissed. A separate order accompanies this Memorandum Opinion.

Date: September 13, 2018

CHRISTOPHER R. COOPER
United States District Judge